# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

TAJHON WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-694

————————————————

September 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

Tajhon Wilson, pro se.

PER CURIAM.

   Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.